

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2014

No. 04-14-00097-CV

Luis Alfredo Rosa and Myrna Lizzet Rosa,
Appellants

v.

Mestena Operating, LLC,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

# ORDER GRANTING MOTION TO EXTEND THE SUSPENSION OF APPELLATE DEADLINES

The Motion to Extend the Suspension of Appellate Deadlines is hereby GRANTED. The appellate deadlines are hereby suspended until May 7, 2014. No further extensions will be granted.

It is so **ORDERED** on April 01, 2014.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2014.

Keith E. Hottle
Clerk of Court